**FILED**

JUL 1 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

263-062731                    RES/cjs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

07CV3931
JUDGE BUCKLO
MAG. JUDGE COLE

| | |
|---|---|
| GRACE BAHR, Executor of the Estate of ANN MIHOK, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SUNRISE SENIOR LIVING, INC. A/K/A SUNRISE ASSISTED LIVING, | ) ) ) ) |
| Defendant. | ) |

Circuit Court of Cook County, IL
No. 07 L 4331

## NOTICE OF FILING

TO:  Gardiner Koch & Weisberg, 53 W. Jackson Blvd., Suite 950, Chicago, IL 60604

PLEASE TAKE NOTICE that on the __12th__ day of __July__, 2007, we have filed with the United States District Court for the Northern District of Illinois, Eastern Division, *Defendant's Notice of Removal, Appearance, Answer and Request to Admit*, copies of which are hereby served upon you.

PRETZEL & STOUFFER, CHARTERED

BY: _____
Robert E. Sidkey

One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
(312) 346-1973

## PROOF OF SERVICE BY MAIL

The undersigned on oath affirm that all parties of record have been provided a copy of __the above listed__ by enclosing a copy of same in an envelope, sealed, postage prepaid, and depositing same in the United States Mail Chute at One South Wacker Drive, Chicago, Illinois 60606-4673, on the _____ day of _____, 2007.

_____

FILED
JUL 1 2 2007
7-12-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

263-062731  RES/cjs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

07CV3931
JUDGE BUCKLO
MAG. JUDGE COLE

| | |
|---|---|
| GRACE BAHR, Executor of the Estate of ANN MIHOK, deceased, | ) ) ) |
| Plaintiff, | ) ) Circuit Court of Cook County, IL |
| v. | ) No. 07 L 4331 ) |
| SUNRISE SENIOR LIVING, INC. A/K/A SUNRISE ASSISTED LIVING, | ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

**NOW COMES**, the Defendant, SUNRISE SENIOR LIVING, INC., by and through its attorneys, PRETZEL & STOUFFER, CHARTERED, and hereby removes this civil action being case number 07 L 4331 from the Circuit Court of the State of Illinois, Cook County, Law Division to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 USC §1441 and 1332. In support thereof, the Defendant states as follows:

1. This action was commenced against the named defendants in the Circuit Court of Cook County, County Department, Law Division, State of Illinois on April 26, 2007. A copy of the Complaint was served upon the defendants on June 21, 2007. This notice is filed within 30 days after service of the Complaint upon these defendants.

2. At the time the action was commenced, the plaintiff decedent, Ann Mihok, was a citizen of the State of Illinois. Defendant, Sunrise Senior Living, Inc., was a corporation organized and existing under the laws of the state of Delaware. The Defendant has its principal place of business in the state of Virginia.

1

3. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff is alleging that the alleged negligence of the Defendant caused the death of Ann Mihok. Prior to her death, Plaintiff is alleging that she was injured and required medical care and treatment. Based on this information, there is a good faith basis to assert that the amount in controversy exceeds the jurisdictional amount.

4. This action is a civil one of which the United States district courts have original jurisdiction under 28 USC §1332. This Notice of Removal is filed in the United States District Court for the Northern District of Illinois, Eastern Division, which is the district and division in which the State action is pending.

5. The defendant has attached to this Notice copies of process and pleadings that have been served upon it.

**WHEREFORE**, the defendants, SUNRISE SENIOR LIVING, INC., by and through their attorneys, PRETZEL & STOUFFER, CHARTERED, pray that this cause be removed to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED

By:_____
Robert E. Sidkey

One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
312-346-1973