# United States District Court
## Northern District of Illinois
**Eastern Division**

Grace Bahr, Executor of the Estate of  **JUDGMENT IN A CIVIL CASE**
Ann Mihok, deceased,

     v.                           Case Number: 07 C 3931

Sunrise Senior Living, Inc. a/k/a
Sunrise Assisted Living

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED Defendant Sunrise Senior Living, Inc. a/k/a Sunrise Assisted Living's motion for summary judgment [54] is granted. Accordingly, judgment is entered in favor of Defendant Sunrise Senior Living, Inc. a/k/a Sunrise Assisted Living and against Plaintiff Grace Bahr, Executor of the Estate of Ann Mihok, deceased, on all claims.

                                                     Michael W. Dobbins, Clerk of Court

Date: 2/3/2010                           _____
                                                     /s/ Theresa B. Kinney, Deputy Clerk